# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| OPEN RANGE COMMUNICATIONS, INC. | : | Case No. 11-13188 (KJC) |
| Debtor | : | |
| | : | |
| VELOCITEL, INC. | : | Adv. Proc. No. 12-50476 (KJC) |
| Plaintiff, | : | |
| v. | : | |
| CHARLES M. FORMAN, in his capacity as chapter 7 trustee for OPEN RANGE COMMUNICATIONS, INC., UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL UTILITIES SERVICE, *et al.* | : | (Re: D.I. 18) |
| Defendants. | : | |

## ORDER DISMISSING CROSS-CLAIMS OF G4S TECHNOLOGY LLC

AND NOW, this 12th day of February, 2013, upon consideration of the United States'

Motion To Dismiss Velocitel's Claims and G4S's Cross-Claims (the "Motion to Dismiss")

(A.D.I. 18), and the response by G4S Technology LLC ("G4S") thereto, after oral argument, and

for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that the Motion

to Dismiss is **GRANTED**, in part, and the cross-claims filed by G4S are hereby **DISMISSED.**[1]

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Christopher A. Ward, Esquire[2]

---

[1] Because the claims of Velocitel against the movant, United States Department of Agriculture, Rural Utilities Service ("RUS"), were resolved as part of the Settlement Agreement (*see* A.D.I. 57,76), the foregoing Memorandum and this Order address only RUS's request to dismiss the cross-claims of G4S.

[2] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.